In the Matter of JOSEPH F. STILLMAN et al., Respondents, against THE BOARD OF STANDARDS AND APPEALS OF THE CITY OF NEW YORK et al., Appellants.

(Submitted May 28, 1928; decided June 5, 1928.)

Motions to amend remittiturs denied.    (See 247 N. Y. 599.)

———————

HENRY D. SAYER, as Industrial Commissioner of the State of New York, Respondent, *v.* GERARDUS M. WYNKOOP, Appellant.

(Submitted May 28, 1928; decided June 5, 1928.)

Motion for reargument denied, with ten dollars costs and necessary printing disbursements.    (See 248 N. Y. 54.)

———————

AUGUSTUS S. HOUGHTON et al., Appellants and Respondents, *v.* HECTOR W. THOMAS et al., Respondents, and HARRY W. MACK, Appellant, Impleaded with Another.

(Submitted May 28, 1928; decided June 5, 1928.)

Motion to amend remittitur denied, with ten dollars costs and necessary printing disbursements.    (See 248 N. Y. 523.)

———————

In the Matter of CARRIE E. POUNDS et al., Respondents, against THE BOARD OF STANDARDS AND APPEALS OF THE CITY OF NEW YORK et al., Appellants.

*New York city — zoning law — determination of Board of Standards and Appeals permitting variation, reversed.*

*Matter of Pounds v. Board of Standards & Appeals,* 223 App. Div. 861, affirmed.

(Argued May 28, 1928; decided June 12, 1928.)

APPEAL from an order of the Appellate Division of the Supreme Court in the second judicial department, entered April 30, 1928, which affirmed an order of Special Term

reversing, on certiorari, a determination of the Board of Standards and Appeals of the city of New York granting an application of appellant J. P. C. Realty Corporation for permission to erect an apartment house on premises owned by it at the northeast corner of Cortelyou road and East Eighteenth street in the borough of Brooklyn according to " C " area district regulations instead of " E " area district regulations which were applicable to that locality.

*George P. Nicholson, Corporation Counsel* (*Willard S. Allen, J. Joseph Lilly* and *Martin H. Murphy* of counsel), for Board of Standards and Appeals, appellants.

*Edward A. McShane* for J. P. C. Realty Corporation, appellant.

*Leonard M. Wallstein* and *Ralph M. Frink* for respondents.

Order affirmed, with costs; no opinion.

Concur: CRANE, ANDREWS, LEHMAN, KELLOGG and O'BRIEN, JJ. Dissenting: CARDOZO, Ch. J., and POUND, J.

---

In the Matter of SIKORA REALTY CORPORATION, Respondent, against CHARLES W. BALES, Superintendent of Buildings of the Borough of Queens, Appellant.

*New York city — tax exemption — mandamus — Superintendent of Buildings directed to correct records so as to show buildings completed within time to obtain exemption.*

*Matter of Sikora Realty Corp.* v. *Bales,* 222 App. Div. 837, affirmed. (Argued May 28, 1928; decided June 12, 1928.)

APPEAL, by permission, from an order of the Appellate Division of the Supreme Court in the second judicial department, entered January 27, 1928, which unanimously affirmed an order of Special Term granting a motion for a peremptory order of mandamus to compel defendant to correct the records of his office to show that certain buildings belonging to petitioner were completed for